UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Audio Research Corporation,
a Minnesota Corporation,

Plaintiff,

v.

Radio Shack Corporation
f/k/a Tandy Corporation
a Delaware Corporation,

Defendant.

Case No. 01-CV-1151 DWF/SRN

**STIPULATION** AND ORDER

WHEREAS, Plaintiff Audio Research Corporation, Inc. ("ARC") filed this action in the District of Minnesota on June 27, 2001; and

WHEREAS, ARC served the Complaint on an agent of Defendant Radio Shack Corporation ("Radio Shack") on September 6, 2001; and

WHEREAS, Radio Shack's deadline to answer the Complaint was Wednesday September 26, 2001, the parties hereby jointly request the Court's approval of a two-week extension of time until October 11, 2001 for Radio Shack to respond to the Complaint.

MERCHANT & GOULD, P.C.

Dated: Sept 27, 2001

By: John a Clifford
D. Randall King (#5575X)
Jack Clifford - John A. Clifford #134181
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-5300

*Attorneys for Plaintiff*

FILED SEP 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

OPPENHEIMER, WOLFF & DONNELY LLP

By: ______________________________
Richard Wegener, (#128429)
Ernest W. Grumbles, (#274793)
3300 Plaza VII Bldg.
45 South Seventh Street
Minneapolis, MN 55402
Tele: (612) 607-7200
Fax: (612) 607-7100

*Attorneys for Defendant*

**ORDER**

Based upon the stipulation submitted to the Court by the parties, the Court grants the request. Defendant shall respond to the Complaint no later than October 11, 2001.

Dated: September 28, 2001

______________________________
Susan R. Nelson
United States Magistrate Judge