**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

AUDIO RESEARCH CORPORATION,
a Minnesota corporation,

Plaintiff,

Civil No. 01-1151 (DWF/SRN)

v.

**ORDER OF DISMISSAL**

RADIO SHACK, being sued as
Radio Shack Corporation, a
Delaware corporation, fka
Tandy Corporation,

Defendant.

---

D. Randall King, Esq., John Clifford, Esq., Scott Johnston, Esq., and Gregory Golla, Esq., Merchant & Gould, 80 South 8th Street, Suite 3200, Minneapolis, MN 55402, counsel for Plaintiff.

Richard Wegener, Esq., and Ernest Grumbles, III, Esq., Oppenheimer Wolff & Donnelly, 3400 Plaza VII Building, 45 South 7th Street, Minneapolis, MN 55402, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: February 28, 2002

DONOVAN W. FRANK
Judge of United States District Court

FEB 28 2002
Filed ______________
Richard D. Sletten, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________